1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   Calvin L. Jones

12              Plaintiff,              No. CIV S-05-1402 MCE CMK P

13         vs.

14   California Board of Prison Terms, et al.,

15              Defendants.            ORDER FOR PAYMENT

16   _____/   OF INMATE FILING FEE

17   To:  The Director of the California Department of Corrections, 1515 S Street, Sacramento,

18   California 95814:

19              Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

20   pay the statutory filing fee of $250.00 for this action.  Plaintiff has been assessed an initial partial

21   filing fee of $ 12.53 for this action pursuant to 28 U.S.C. § 1915(b)(1).  Upon payment of that

22   initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of

23   twenty percent of the preceding month's income credited to plaintiff's trust account.  The

24   California Department of Corrections is required to send to the Clerk of the Court the initial

25   partial filing fee and thereafter payments from plaintiff's prison trust account each time the

26   ///

1

1  amount in the account exceeds $10.00, until the statutory filing fee of $250.00 is paid in full.  28

2  U.S.C. § 1915(b)(2).

3          Good cause appearing therefore, IT IS HEREBY ORDERED that:

4          1.  The Director of the California Department of Corrections or a designee shall

5  collect from plaintiff's prison trust account an initial partial filing fee in the amount of $ 12.53

6  and shall forward the amount to the Clerk of the Court.  Said payment shall be clearly identified

7  by the name and number assigned to this action.

8          2.  Thereafter, the Director of the California Department of Corrections or a

9  designee shall collect from plaintiff's prison trust account the $ 237.47 balance of the filing fee

10  by collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty

11  percent (20%) of the preceding month's income credited to the prisoner's trust account and

12  forwarding payments to the Clerk of the Court each time the amount in the account exceeds

13  $10.00 in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be clearly identified by

14  the name and number assigned to this action.

15          3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

16  plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections,

17  1515 S Street, Sacramento, California 95814.

18          4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

19  Department of the court.

20  DATED:  July 15, 2005.

21

22                                    _____

23                                    CRAIG M. KELLISON
                                      UNITED STATES MAGISTRATE JUDGE

24

25

26