IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN L. JONES,

    Plaintiff,      No. CIV S-05-1402 MCE CMK P

    vs.

CALIFORNIA BOARD OF
PRISON TERMS, et al.,

    Defendants.      <u>ORDER</u>

/

    Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of July 26, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's August 22, 2005 notice of motion for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: August 29, 2005.

                             **CRAIG M. KELLISON**
                             UNITED STATES MAGISTRATE JUDGE