IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN L. JONES,

        Plaintiff,                   No. CIV S-05-1402 MCE CMK P

    vs.

CALIFORNIA BOARD OF PRISON TERMS, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed May 24, 2006, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: California Board of Prison Terms, California Department of Corrections, Arnold Schwarzenegger, Margarita Perez, Jeanne Woodford.

2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed June 20, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Six copies of the endorsed amended complaint filed June 20, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 18, 2006.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

                    Plaintiff,                    No. CIV

        vs.
                                                  NOTICE OF SUBMISSION
                    Defendants.                       OF DOCUMENTS
_____/

    Plaintiff hereby submits the following documents in compliance with the court's

order filed _____:

        _____      completed summons form
        _____      completed USM-285 forms
        _____      copies of the _____
                                    Amended Complaint

DATED:


                                                  _____
                                                  Plaintiff