UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

**FILED**
JUL 1 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| CALVIN L. JONES, <br><br> Plaintiff - Appellant, <br> V. <br><br> CALIFORNIA BOARD OF PRISON TERMS; et al., <br><br> Defendants - Appellees. | No. 07-15670 <br> D.C. No. CV-05-01402-MCE/CMK  <br><br> **ORDER** |

This appeal has been taken in good faith  [✓]

This appeal is not taken in good faith  [ ]

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: 7.17.07